1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCOIS TABI, | ) | Case No. CV 11-9038 DMG(JC) |
| Plaintiff, | ) | |
| | ) | ORDER ACCEPTING FINDINGS, |
| v. | ) | CONCLUSIONS, AND |
| | ) | RECOMMENDATIONS OF UNITED |
| SAFEWAY INC., et al., | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| Defendants. | ) | |

_____

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that this action is dismissed without prejudice as against defendants Weiser Security and Manuel Murga.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Report and Recommendation on the parties to this action.

IT IS SO ORDERED.

DATED:  May 1, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE