# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-9038 DMG(JC) | Date | June 12, 2012 |
|---|---|---|---|
| Title | Francois Tabi v. Safeway Inc., et al. | | |

Present: The Honorable   Jacqueline Chooljian, United States Magistrate Judge

| Hana Rashad | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| none | none |

**Proceedings:**      (IN CHAMBERS)

### ORDER TO SHOW CAUSE REGARDING FAILURE TO COMPLY WITH SCHEDULING ORDER AND TO FILE STATUS REPORTS

On April 5, 2011, this Court issued a Case Management and Scheduling Order ("Case Management Order") which directed each party, inter alia, to file and serve a status report no later than June 5, 2012.  See Case Management Order, ¶ 10.  To date, neither plaintiff nor the remaining defendants have filed a status report or sought an extension of time to do so.

IT IS ORDERED that by no later than **June 22, 2012**, the parties shall show cause in writing as to why monetary sanctions or other disciplinary measures as deemed appropriate, including dismissal of the case for failure to prosecute (in the case of plaintiff) or striking the Answers/entering a default (in the case of defendants) should not be imposed for failure timely to file a status report as called for by the Case Management Order.

**The parties are cautioned that the failure timely to comply with this order and/or to show good cause, may result in the imposition of sanctions, including the dismissal of this action for failure to prosecute (in the case of plaintiff) or striking the Answers/entering a default (in the case of defendants).**

IT IS SO ORDERED.

| | |
|---|---|
| Initials of Deputy Clerk | hr |