UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS TABI,<br><br>        Plaintiff,<br><br>v.<br><br>SAFEWAY, INC., et al.,<br><br>        Defendants. | Case No. CV 11-9038 DMG(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all documents filed in connection with the Motion for Judgment on the Pleadings filed by defendants Cathy Ortiz ("Ortiz") and Safeway, Inc. ("Safeway"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED: (1) the Court grants the Motion for Judgment on the Pleadings to the extent it seeks judgment in favor of defendants Ortiz and Safeway on claim 1 – plaintiff's sole federal claim; (2) the Court declines to exercise supplemental jurisdiction over claims 2 and 3 – plaintiff's state law claims – as against defendants Ortiz and Safeway, and dismisses such claims

against defendants Ortiz and Safeway without prejudice; (3) the Court denies the procedural requests and overrules the procedural objections raised by plaintiff in his Opposition to the Motion for Judgment on the Pleadings; and (4) the Court orders that judgment be entered (a) in favor of defendants Ortiz and Safeway on claim 1; (b) dismissing claim 1 without prejudice as against defendants Weiser Security and Manuel Murga; and (c) dismissing claims 2 and 3 without prejudice as against all defendants.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the accompanying Judgment and the United States Magistrate Judge's Report and Recommendation on plaintiff and counsel for defendants.

IT IS SO ORDERED.

DATED: December 28, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE