UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS TABI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAFEWAY, INC., et al.,<br><br>　　　　　Defendants.<br>_____ | ) Case No. CV 11-9038 DMG (JC)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that: (1) judgment on the pleadings is granted in favor of defendants Cathy Ortiz and Safeway Inc. on claim 1 of the Complaint – the sole federal claim; (2) claim 1 of the Complaint is dismissed without prejudice as against defendants Weiser Security and Manuel Murga; and (3) claims 2 and 3 of the Complaint – plaintiff's state law claims – are dismissed without prejudice as against all defendants.

　　IT IS SO ADJUDGED.

　　DATED: December 28, 2012

_____
HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE